**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JUAN SALAS SCOTT, | : | Civil No. 1:24-CV-02241 |
| Plaintiff, | : | |
| v. | : | |
| HOME DEPOT, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**MEMORANDUM**

Before the court is the report and recommendation of United States Magistrate Judge Susan E. Schwab recommending that Plaintiff's complaint be dismissed without leave to amend pursuant to 28 U.S.C. §1915(e) because it fails to state a claim on which relief may be granted, and that this case be closed. (Doc. 10.) Judge Schwab makes this recommendation after providing Plaintiff several opportunities to file an amended complaint. (*Id.*) Since the filing of the report and recommendation, Plaintiff filed six documents with varying titles, including one titled objection to the report and recommendation.[1] (Docs. 11–16.) Following a careful review of these documents, only the document titled as an objection can be construed as such. (Doc. 11.) Therein, Plaintiff reargues his complaint and information provided in prior letters to the court. (*Id.*)

[1] These filings include a motion for summary judgment, motion for default judgment, "state claim upon relief Doc(1118.2)," "updated state claim upon relief Doc(120925)", and motion for justice. (Docs. 12–16.)

When a party raises only general objections to a report and recommendation, a district court is not required to conduct a de novo review of the report and recommendation. *Goney v. Clark*, 749 F.2d 5, 6–7 (3d Cir. 1984). "To obtain de novo determination of a magistrate's findings by a district court, 28 U.S.C. § 636(b)(1) requires both timely and specific objections to the report." *Id.* at 6. Thus, when reviewing general objections to a report and recommendation, the court's review is limited "to ascertaining whether there is 'clear error' or 'manifest injustice'" on the face of the record. *Boomer v. Lewis*, No. 3:06-CV-00850, 2009 WL 2900778, at *1 (M.D. Pa. Sept. 9, 2009).

The court has reviewed Judge Schwab's report and recommendation and finds no clear error or manifest injustice on the face of the record. (Doc. 10.) The objections merely express disagreement with Judge Schwab's analysis and reargue Plaintiff's case. Accordingly, the court will adopt the report and recommendation, overrule Plaintiff's objections, dismiss Plaintiff's complaint without leave to amend, deny Plaintiff's remaining motions as moot, and close this case. An order will follow.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: September 1, 2026