**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JUAN SALAS SCOTT, | : | Civil No. 1:24-CV-02241 |
| Plaintiff, | : | |
| v. | : | |
| HOME DEPOT, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 1st day of September, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 10, is **ADOPTED**.

2) Plaintiff's objections, Doc. 11, are **OVERRULED**.

3) Plaintiff's complaint, Doc. 1, is **DISMISSED WITHOUT LEAVE TO AMEND**.

4) The motions at Docs. 12, 13, and 16 are **DENIED AS MOOT**.

5) The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania